AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mar 30, 2024
SEAN F. McAVOY, CLERK

| | |
|---|---|
| GABRIEL R. *Plaintiff* v. MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY *Defendant* | Civil Action No. 1:22-cv-03180-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 24, Plaintiff's Motion, ECF No. 15, is GRANTED and Defendant's Motion, ECF No. 20, is DENIED.
The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Senior Judge Robert H. Whaley.

Date: 3/30/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony